

**WIESE & AYDINER, PLLC**
Attorneys at Law

141 Willis Avenue
Mineola, New York 11501
(T) 212-471-5108 (F) 646-585-0026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/18/2023
```

**MEMO ENDORSED**

18 May 2023

Via CM-ECF

Honorable Barbara Moses, USMJ
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

   Re: *Orentlikher v. Holmes*, No. 1:22-cv-10564-ALC-BCM
       Request to adjourn the CMC and pre-conference statement

Dear Judge Moses:

   My office represents plaintiff Oleg Orentlikher in the referenced action. Please accept this letter, with the consent of defense counsel Ann P. Eccher, requesting an adjournment of our initial case management conference scheduled for 24 May 2023 at 11:00 AM and the attendant pre-conference statement pursuant. This application is pursuant to your Honor's Individual Rule 1.B. Good cause supports this application.

   The undersigned will be out-of-state for personal reasons next week and I am the only attorney currently admitted to practice in the Southern District of New York. I acknowledge and apologize—as a former federal law clerk—for my failure to file the pre-conference statement or submit this application sooner. We have, however, begun responding to discovery demands in the case served by Ms. Eccher and only recently became successor counsel about 5 weeks ago.

   Thank you.

Very truly yours,

Wiese & Aydiner, PLLC

*SA*

Si Aydiner

---

Application GRANTED. The initial case management conference originally scheduled for May 24, 2023 is ADJOURNED to **June 6, 2023, at 11:30 a.m.** The parties shall file their Pre-Conference Statement no later than **May 30, 2023** SO ORDERED.

Barbara Moses
United States Magistrate Judge
May 18, 2023